Case: 1:25-mj-00271
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 11/21/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On Thursday, November 20, 2025, at approximately 2105 hours, your affiant responded to a call for service for a person who was asleep behind the wheel while in a drive-through lane at a McDonald's Restaurant located at 4301 Nannie Helen Burroughs Ave NE, Washington, D.C.

Officer Koksaldi approached the driver's side of the vehicle and observed the driver, Jolonta LITTLE unconscious behind the steering wheel. Officer Koksaldi saw the driver's foot on the brake and observed the gear shift in drive. Your affiant approached the driver's side as well and began tapping on the vehicle window and door wake LITTLE up. After a brief time, LITTLE woke up and appeared to be disoriented, and the vehicle began moving. LITTLE was ordered numerous times to stop the vehicle. He failed to comply and struck a parked MPD cruiser.



*Officers Trying to Stop the Car As it Moved Forward*

After LITTLE struck the cruiser, the vehicle came to a stop, and LITTLE put the car in park. LITTLE was escorted out of the vehicle and detained.

Officers conducted a Standard Field Sobriety Test (SFST) while on scene.  LITTLE displayed multiple signs of impairment.

Officers further conducted an Advanced Roadside Impaired Driving Enforcement (ARIDE) test for LITTLE. The results of the ARIDE test and the SFST led officers to place LITTLE under arrest for DUI.

During a search incident to arrest, officers located a firearm in LITTLE's front waistband area. At the time of recovery, the listed firearm appeared to be fully functional and operable, designed to expel a projectile by means of explosion, designed to be fired by a single hand, and has a barrel length of less than 12 inches. A WALES/NCIC check of the firearm revealed that it was reported stolen out of Montgomery County, MD on 06/02/2023. (ORI: MD0160400) (OCA: W230026795).



*Officer Nava Pulling the Firearm from LITTLE's pants*

The firearm was a Kel-Tec P11, Serial Number: AA0V14, with a 10-round magazine, with 4 rounds in the magazine, along with 1 in the chamber.



*Image of the Firearm and Ammunition*



*Image of Magazine*

It was confirmed that LITTLE did not have a license to carry a handgun in the District of Columbia. A criminal history check showed that LITTLE was previously convicted in 2016 in D.C. Superior Court Case number 2016-CF1-015294 of: Voluntary Manslaughter Firearm and sentenced to 96 months of incarceration and 5 years of supervised release.  Accordingly, LITTLE would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Jolonta LITTLE with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

_____

Officer Michael Nava
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 21, 2025.

_____

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE